# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TODD JEUDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CV-151-SNLJ |
| | ) | |
| STE. GENEVIEVE MEMORIAL HOSPITAL, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on a letter from self-represented plaintiff Todd Jeude requesting that the Clerk of Court send him a copy of his Motion to Amend Complaint [ECF No. 28], Proposed Amended Complaint [ECF No. 28-1], and Motion to Supplement his Pleadings [ECF No. 49]. ECF No. 61. Plaintiff asserts he "requested copies of the 3 ECFs in February" but has yet to receive them.

The Court will decline to grant this request. On February 23, 2023, the Clerk of Court sent a letter to plaintiff, in response to his first request for copies, which states in its' entirety:

> Your request, received February 23, 2023, has been filed in the above styled case. In addition to your request for case status information, you also requested copies of documents 48 and 49. I have enclosed a copy of document 48 at no cost. Document 49 consists of 36 pages and is available at a rate of $0.50 per page, for a total of $18.00. In the future, if you wish to receive a file stamped copy of your pleadings, at the time they are filed, free of charge, please submit in duplicate and one will be returned to you. Requests for non-certified, and/or non-exemplified, copies made by this office, including additional copies of the docket sheet, will be sent upon receipt of payment at the rate of $0.50 per page.

ECF No. 55-1.

As plaintiff has been notified by the Clerk, the Court does not provide free copies of documents, even if those documents were filed by the parties themselves. Plaintiff may obtain

copies by requesting such documents from the Clerk of Court at the current rate of fifty (0.50) cents per page. The cost of such copies must be paid in advance and submitted with the request. If plaintiff wishes to obtain copies, he must resubmit his request describing the exact documents he wishes to receive *and include payment*. To facilitate this, the Court will have the Clerk provide plaintiff with a copy of the docket sheet. For plaintiff's reference, the Motion to Amend Complaint [ECF No. 28] is twenty-two (22) pages, the Proposed Amended Complaint [ECF No. 28-1] is thirty-six (36) pages, and Motion to Supplement his Pleadings [ECF No. 49] is thirty-six (36) pages. The total cost of pages requested is $47.00.

**IT IS HEREBY ORDERED** that plaintiff's letter, dated March 14, 2023, construed as a motion for copies [ECF No. 61], is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff with a copy of the docket sheet.

Dated this 23rd day of March, 2023.

                                              STEPHEN N. LIMBAUGH, JR.
                                              SENIOR UNITED STATES DISTRICT JUDGE