UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TODD JEUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22cv151 SNLJ |
| ) | |
| STE. GENEVIEVE MEM'L HOSP., et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

On September 11, 2023, this Court held in abeyance plaintiff's motion for deposition by written question. In that motion [Doc. 97], plaintiff seeks to depose five non-party witnesses through written question pursuant to Federal Rule of Civil Procedure 31. It also appears plaintiff seeks to subpoena a "formal complaint" that the jail may have filed against defendant Dr. Sharrock. It was not clear whether plaintiff has sought a copy of the "formal complaint" from the defendants. Defendants made a number of objections to plaintiff's motion, and this Court ordered the Clerk to send to plaintiff's new address a copy of defendants' response memorandum [Doc. 101] and two blank subpoena forms. This Court further ordered that plaintiff would have until October 11, 2023, by which to file a reply memorandum in support of his motion.

This Court learned that the Clerk had mistakenly sent the required documents to plaintiff's old address, but that the Clerk had then sent the documents to the correct address upon learning of the mistake. There may have been a two-week delay, however,

1

in plaintiff's receiving the Court's order and related documents.  Thus, although October 11 came and went without this Court receiving any communication from plaintiff, this Court has waited four additional weeks to receive plaintiff's reply.  It appears that plaintiff declines this Court's offer to file anything further in support of his motion.  As a result, this Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for depositions by written question [Doc. 97] is DENIED.

Dated this  13th   day of November, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE